IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>YEHUA GUO, et al.,<br><br>    Defendants. | Case No. 18-cv-06205<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Mary M. Rowland** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 30, 2018 [47], in favor of Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant for willful use of counterfeit Tommy Hilfiger Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Tommy Hilfiger acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Digital Stars | 172 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

2

Dated this 13th day of September 2019.   Respectfully submitted,


                                                   /s/RiKaleigh C. Johnson
                                                  Amy C. Ziegler
                                                  Justin R. Gaudio
                                                  RiKaleigh C. Johnson
                                                  Greer, Burns & Crain, Ltd.
                                                  300 South Wacker Drive, Suite 2500
                                                  Chicago, Illinois 60606
                                                  312.360.0080 / 312.360.9315 (facsimile)
                                                  aziegler@gbc.law
                                                  jgaudio@gbc.law
                                                  rjohnson@gbc.law

                                                  *Counsel for Plaintiff*
                                                  *Tommy Hilfiger Licensing LLC*